IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DARRYL T., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:23CV942 |
| | ) | |
| MARTIN J. O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that the final decision of the Commissioner is upheld and this action is **DISMISSED WITH PREJUDICE**.

/s/ Joe L. Webster
United States Magistrate Judge

October 9, 2024
Durham, North Carolina